NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Tanisha A. Brown
5565 Canoga Ave #317
Woodland Hills CA 91367

ATTORNEY(S) FOR: Pro Se

FILED
2025 AUG 15 PM 4:0.
CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT
LOS ANGELES
BY: GSA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Tanisha A. Brown

Plaintiff(s),

v.

State of California, Gov. Gavin Newsom, Mayor Karen Bass, Holly Mitchell, (see attachments)

Defendant(s).

CASE NUMBER: 2:25cv07677-FLA-KES

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Tanisha A. Brown (Pro se)
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

_8/15/2025_
Date

_[signature]_
Signature

Attorney of record for (or name of party appearing in pro per):

_____

CV-30 (05/13)                  NOTICE OF INTERESTED PARTIES

# ATTACHMENT #1

## State & County Agencies

1. State of California 1400 10th Street, Sacramento, CA 95814
2. Governor Gavin Newsom 1021 O Street, Suite 9000, Sacramento, CA 95814
3. Mayor Karen Bass – City of Los Angeles 200 N. Spring Street, Suite 303, Los Angeles, CA 90012
4. Ricardo Rosales 601 S. San Pedro Street, Los Angeles, CA 90014
5. Supervisor Holly Mitchell – Los Angeles County Board of Supervisors, Second District 500 W. Temple Street, Room 866, Los Angeles, CA 90012
6. Congresswoman Sydney Kamlager-Dove 144 Cannon House Office Building, Washington, DC 20515
7. County of Los Angeles – County Counsel's Office 500 W. Temple Street, Suite 648, Los Angeles, CA 90012
8. City of Los Angeles – City Attorney's Office 200 N. Main Street, 8th Floor, Los Angeles, CA 90012
9. Aja Brown – Former Mayor, City of Compton 205 S. Willowbrook Avenue, Compton, CA 90220
10. Lori Gay – Neighborhood Housing Services of Los Angeles County 1051 W. Rosecrans Avenue, Compton, CA 90222
11. County of Los Angeles – Chief Executive Office (CEO) 500 W. Temple Street, Room 713, Los Angeles, CA 90012

## Federal Agencies & Offices

12. U.S. Department of Housing and Urban Development (HUD) 451 7th Street SW, Washington, DC 20410
13. U.S. Department of Justice (DOJ) 950 Pennsylvania Avenue NW, Washington, DC 20530-0001
14. U.S. Department of Health and Human Services (HHS) 200 Independence Avenue SW, Washington, DC 20201
15. Health Resources and Services Administration (HRSA) 5600 Fishers Lane, Rockville, MD 20857
16. Federal Tort Claims Act Program – HHS Office of the General Counsel 330 Independence Avenue SW, Washington, DC 20201
17. U.S. Small Business Administration (SBA) 409 3rd Street SW, Washington, DC 20416
18. U.S. Department of Homeland Security (DHS) 245 Murray Lane SW, Washington, DC 20528
19. Federal Bureau of Investigation (FBI) 935 Pennsylvania Avenue NW, Washington, DC 20535-0001
20. Central Intelligence Agency (CIA) 1000 Colonial Farm Road, Langley, VA 22101

## Nonprofit / Federally Connected Entities

21. LA Alliance for Human Rights c/o Alvarez & Marsal Public Sector Services, LLC 6060 Center Drive, Suite 950, Los Angeles, CA 90045
22. APLA Health & Wellness 3055 Wilshire Boulevard, Suite 300, Los Angeles, CA 90010